IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THERESA BALDWIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-01245 |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) |
| Defendant. | ) |

**ORDER STAYING CASE**

On June 13, 2025, Plaintiff filed a Motion to Stay. (ECF No. 41.) Plaintiff moved the Court to stay the proceedings because (1) "the recent development in [her] state court litigation will likely moot (most of) this case in the imminent future"; (2) "settlement of this case [is] newly viable"; and (3) entering a stay will be a more efficient way to close the case because Plaintiff intends to appeal, and if the case becomes moot, then it triggers a new issue under the Munsingwear doctrine. (Id. at PageID 569–70 (citing United States v. City of Detroit, 401 F.3d 448, 452 (6th Cir. 2005).)

Defendant does not oppose Plaintiff's Motion. (ECF No. 44 at PageID 592.)

Accordingly, pursuant to the Court's "power . . . to control the disposition of the causes on its docket," Plaintiff's Motion to Stay is **GRANTED**. See OMT Addiction Ctrs., LLC v. Freedom Healthcare Props. of Texas, LLC, No. 3:24-cv-00356, 2025 WL 762691, at *18 (M.D. Tenn. Mar. 11, 2025) (quoting Landis v. N. Am. Co., 299 U.S. 248, 254 (1936)). All proceedings in the case are hereby immediately **STAYED**. Plaintiff is to file a status

report with the Court regarding updates in her state court litigation on or before **August 27, 2025**.

     **SO ORDERED**, this the 18th day of June, 2025.

                                           /s/ Jon P. McCalla
                                           JON P. McCALLA
                                           UNITED STATES DISTRICT JUDGE